IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



JAN 22 2026 PM 1:10
FILED - USDC - NDTX - AM

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 2-26CR-004-Z |
| JOHN BRANDON BLAKEMORE | |

# INDICTMENT

The Grand Jury Charges:

### Count One
### Distribution and Possession with Intent to Distribute
### 5 Grams or More of Methamphetamine (Actual)
### (Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

On or about August 29, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **John Brandon Blakemore**, defendant, did knowingly and intentionally distribute and possess with intent to distribute 5 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), Title 18 United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446

Telephone:   806-324-2356
Facsimile:    806-324-2399
E-Mail:        anna.bell@usdoj.gov

John Brandon Blakemore
Indictment - Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

JOHN BRANDON BLAKEMORE

INDICTMENT

COUNT 1: DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

(1 COUNT)

A true bill rendered:

Amarillo _____ *signature* _____ Foreperson

Filed in open court this __22nd__ day of __January__ A.D. 2026.

_____ Clerk

WARRANT TO BE ISSUED

_____
UNITED STATES MAGISTRATE JUDGE