IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:26-CR-00004-Z-BR-1 |
| | § | |
| JOHN BRANDON BLAKEMORE | § | |
| | § | |
| Defendant. | § | |

**ORDER ON DETENTION HEARING**

On today's date, Defendant, JOHN BRANDON BLAKEMORE, appeared in person and with counsel, before the undersigned United States Magistrate Judge, for the purpose of a Detention Hearing. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

The government had previously filed a motion for pretrial detention of Defendant alleging there are no conditions of release which will reasonably assure the defendant's appearance, as required, nor the safety of any other person and the community. The government gave notice that they would seek to invoke the rebuttable presumption against the defendant on the basis that there is probable cause to believe the defendant committed a ten (10) + year drug offense.

After consideration of all the factors under Section 3142(g) and in light of the proffers presented at the detention hearing, the Court finds the defendant rebutted the presumption of flight and the presumption of danger. The government's Motion for Pretrial Detention is DENIED. The Court finds the defendant should be released on a personal recognizance bond with certain specific conditions of release. The defendant was advised of the conditions of release and acknowledged understanding such conditions.

Defendant, JOHN BRANDON BLAKEMORE, is ordered released after processing by the United States Marshal.

**IT IS SO ORDERED.**

ENTERED on February 13, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE