

# UNITED STATES DISTRICT COURT
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

U.S.A. vs John Brandon Blakemore                Docket No. 2:26-CR-004-Z-BR(01)

## Petition for Action on Conditions of Pretrial Release

COMES NOW Cristina Gonzalez, U.S. Probation Officer, presenting an official report upon the conduct of defendant, John Brandon Blakemore, who was placed under pretrial supervision by U.S. Magistrate Judge Lee Ann Reno sitting in the Court at Amarillo, Texas, on February 13, 2026, under the following conditions:

1.  The defendant must not violate federal, state, or local law while on release.

Respectfully Presenting Petition for Action of Court Case As Follows:

On March 17, 2026 and March 24, 2026, in Borger, Texas, John Brandon Blakemore violated this condition of pretrial release when he allegedly committed the offenses of Terroristic Threat, in violation of Texas Penal Code § 22.07, a Class B Misdemeanor and Deadly Conduct, in violation of Texas Penal Code § 22.05, a Class A Misdemeanor, respectively.

According to the offense report, on March 17, 2026, Borger Police Department (BPD) officers were dispatched to the private residence of M.T., where his wife, their son, and Mr. Blakemore's girlfriend, J.P., were also present. M.T. reported Mr. Blakemore arrived at the residence, inquired about J.P., and aggressively approached him (M.T.). During the altercation, M.T. stated Mr. Blakemore reached into his vehicle, retrieved an unknown item, and concealed it under his shirt. M.T. advised he believed it to be a firearm, alleging Mr. Blakemore made threatening statements such as, "One-half second. It takes me one-half second. I'll smoke your ass right here in front of your family." M.T. stated Mr. Blakemore shortly left thereafter but he and all other occupants of the residence heard three gunshots as Mr. Blakemore departed the property.

According to the offense report, on March 24, 2026, M.T. reported to BPD that as he was operating his vehicle on a public roadway in Borger, Mr. Blakemore allegedly sped past him at a high rate of speed and then "brake-checked" him. Mr. Blakemore then struck M.T.'s vehicle with his vehicle. M.T. reported J.P. also occupied his (M.T.'s) vehicle at the time of the incident. As of this date, no formal charges have been filed against Mr. Blakemore and the investigation remains ongoing.

Praying That the Court Will Take No Action and will continue John Brandon Blakemore on pretrial release conditions. The Court will be notified if any charges are filed and if any further violations occur.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2026

Approved,

_____
Cristina Gonzalez
U.S. Probation Officer
Phone: 806-337-1755
Amarillo, Texas

_____
Gema Delgado Reyes
Supervising U.S. Probation Officer
Phone: 806-337-1752

## ORDER

Having considered the report of the probation office pertaining to possible violations by defendant, John Brandon Blakemore, of his conditions of pretrial release, the Court ORDERS that:

☑ No action be taken.

☐ The Order Setting Conditions of Release is modified to include the following:

☐ A summons be issued and the defendant appear before a judge of this Court to determine whether his/her conditions of pretrial release should be revoked.

☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this Court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐ File under seal until further order of the Court.

_____
The Honorable Lee Ann Reno
United States Magistrate Judge

_____April 20, 2026_____
Date

Page 2 of 2