IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

NO.  2:26-CR-004-Z

JOHN BRANDON BLAKEMORE

## FACTUAL RESUME

In support of John Brandon Blakemore's plea of guilty to the offense in Count One of the indictment, Blakemore, the defendant, C.J. McElroy, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii), that is, Distribution and Possession with Intent to Distribute 5 Grams or More of Methamphetamine (Actual), the government must prove each of the following elements beyond a reasonable doubt:[1]

| | |
|---|---|
| *First.* | That the defendant knowingly distributed or possessed a controlled substance; |
| *Second.* | That the substance was in fact methamphetamine; |
| *Third.* | That the defendant distributed the substance or possessed the substance with the intent to distribute it; and |
| *Fourth.* | That the quantity of the substance was at least 5 grams of methamphetamine (actual). |

To "possess with intent to distribute" simply means to possess with intent to

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024) (Modified to incorporate distribution of a controlled substance.  *See United States v. Ambriz*, 727 F.3d 378, 382-84 (5th Cir. 2013)).

**John Brandon Blakemore**
**Factual Resume—Page 1**

deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

## STIPULATED FACTS

1.     John Brandon Blakemore admits and agrees that on August 29, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, he did knowingly or intentionally distribute or possess with intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

2.     On August 29, 2024, Drug Enforcement Administration (DEA) agents and Task Force Officers (TFO) utilized a confidential source (CS) to purchase methamphetamine from John Brandon Blakemore in Borger, Texas.  DEA TFO's met with the CS, and they provided the CS with $250 to purchase the methamphetamine.

3.     At approximately 5:45 p.m., the CS traveled to Blakemore's residence and parked in the driveway.  The CS walked inside the residence and contacted Blakemore, who was sitting on a couch.  Blakemore stated that he wanted $350 for one ounce of methamphetamine.  The CS told Blakemore that the CS only had $250.  Blakemore told the CS that he would take care of it this time.  Blakemore weighed out methamphetamine for the CS.  Blakemore sold the CS approximately one ounce of methamphetamine for $250.  Following the transaction, the CS met with DEA TFO's and provided them the methamphetamine purchased from Blakemore.

4.     The suspected methamphetamine was sent to the DEA South Central Laboratory.  The DEA Laboratory confirmed that the substance was, in fact,

**John Brandon Blakemore**
**Factual Resume—Page 2**

methamphetamine, a Schedule II controlled substance. The substance had a total net weight of 20.8 grams and a purity level of approximately 99 percent.

5.    Blakemore admits that he knowingly distributed and possessed with intent to distribute 5 grams or more of a controlled substance, namely, methamphetamine (actual), a Schedule II controlled substance.

6.    The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the indictment.

AGREED TO AND STIPULATED on this 2nd day of _____June_____, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
John Brandon Blakemore
Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel:  806-324-2356
Fax:  806-324-2399
Email:  anna.bell@usdoj.gov

_____
C.J. McElroy
Attorney for Defendant

**John Brandon Blakemore**
**Factual Resume—Page 3**